AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Palie, et al. | ) |
|---|---|
| *Plaintiffs* | ) |
| v. | ) Case No. 1:23-cv-08422-UA |
| EZ Festivals LLC, et al | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs (Anthony Palie, Dakota Bedell, Carl Corbo, Annabel Gould, Dolores Thompson, and Bridgette Winkelmann, on behalf of themselves and all others similarly situated).

Date: 09/26/2023

/s/ Eyal Dror
*Attorney's signature*

Eyal Dror (Bar. No. ED3925)
*Printed name and bar number*

TRIEF & OLK
750 Third Avenue, Suite 2902
New York, NY 10017
*Address*

edror@triefandolk.com
*E-mail address*

(212) 486-6060
*Telephone number*

(212) 317-2946
*FAX number*