**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023

| | |
|---|---|
| NICOLE BROCKMOLE and LAUREN BAIR, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>   - against -<br><br>EZ FESTIVALS LLC, AVANT GARDNER LLC, MADE EVENT LLC, and JOHN DOES NO. 1-10,<br><br>      Defendants. | **23 Civ. 8106 (VM)** |
| ALEXANDRA AVCHUKOV, QUENTIN CHAPPAT, and SANDRA MAESTA PEREIRA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>   - against -<br><br>AVANT GARDNER LLC, EZ FESTIVALS LLC, and JURGEN BILDSTEIN,<br><br>      Defendants. | **23 Civ. 8197 (VM)** |
| ANTHONY PALIE, DAKOTA BEDELL, CARL CORBO, ANNABEL GOULD, DOLORES THOMPSON, and BRIDGETTE WINKELMANN, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>   - against -<br><br>EZ FESTIVALS LLC, MADE EVENT LLC, AVANT GARDNER LLC, JURGEN BILDSTEIN, and DOES 1 through 50, inclusive,<br><br>      Defendants. | **23 Civ. 8422 (VM)** |

|  |  |
|---|---|
| BILLY TING, DUOC VO, GARRY HUANG, JEFFREY WANG, and JOSHUA CHIN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>          - against -<br><br>AVANT GARDNER LLC, EZ FESTIVALS LLC, MADE EVENT LLC, and JOHN DOES NOS. 1-10,<br><br>                Defendants. | **23 Civ. 9694 (VM)** |

**VICTOR MARRERO, United States District Judge**.

Upon review of the complaints and other papers filed with the Court in connection with the cases captioned above, the Court notes that in all material respects, the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same or substantially similar defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is respectfully directed to consolidate these actions for pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lowest-numbered case, 23 Civ. 8106; and it is further

**ORDERED** that the Clerk of Court close the pending motion at Dkt. No. 21 in 23 Civ. 8422; and it is finally

**ORDERED** that the Clerk of Court close the above-referenced higher-numbered cases, 23 Civ. 8197, 23 Civ. 8422, and 23 Civ. 9694, as separate actions and remove them from the Court's docket.

**SO ORDERED.**

Dated:   8 November 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.